RECEIVED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

11 AUG -1 PM 4:18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

Gwendolyn Brown
121 Thomas Cove
Bolivar Tenn 38008
(Name of plaintiff or plaintiffs)

v.                                                           CIVIL ACTION NO._____

Kilgore Corp
155 Kilgore Rd
Toone Tenn
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Gwendolyn Sue Brown
   (name of plaintiff)

is a citizen of the United States and resides at 121 Thomas Cove
                                                  (street address)

Bolivar                 Hardeman                  Tenn
(city)                  (country)                 (state)

38008                                    731-212-9414
(zip code)                               (telephone number)

Revised 4-18-08

3. Defendant **Kilgore Corp**
(defendant's name)

lives at, or its business is located at **1558 Kilgore Corp Toone TN**
(street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at **Same above**
(street address)

_____ _____ _____ _____
(city)            (country)         (state)          (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about **27**   **7**   **2009**
(day)   (month)   (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____ **8** **2009**
(day)   (month)   (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **UNKNOWN**
(day)   (month)   (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on _____ **5**  **2011**. (Attach a copy of the notice to
(day) (month) (year)

this complaint.)

9. Because of plaintiff's (1) **X** race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5) ___ national origin, defendant

  (a) ___ failed to employ plaintiff.

  (b) **X** terminated plaintiff's employment.

  (c) ___ failed to promote plaintiff.

  (d) ___ _____

_____
_____
_____

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: fired for to many grain in my work station and there are other did the same thing and they are still there they still there and they fired me and other people are still ther

11. The acts set forth in paragraph 9 of this complaint

    (a) _X_ are still being committed by defendant.

    (b) ____ are no longer being committed by defendant.

    (c) ____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint. to be attach later*

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) ____ Defendant be directed to employ plaintiff, or

    (b) ____ Defendant be directed to re-employ plaintiff, or

    (c) ____ Defendant be directed to promote plaintiff, or;

    (d) ____ Defendant be directed to _____

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (X) No ( )

Gwendolyn Brown
121 Thomas Cove
Bolivar Tenn 38008
731-212-9414

_Gwendolyn Brown_
SIGNATURE OF PLAINTIFF

Revised 4-18-08