# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**GWENDOLYN BROWN,**

Plaintiff,

CASE NUMBER: 1:11-cv-1231-JDB-egb

v.

**KILGORE CORPORATION,**

Defendant,

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 11/13/2012, this case is hereby dismissed.

**APPROVED:**

                                                            s/J. Daniel Breen
                                                            United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**